IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRACEY ELIAS, MICHELLE ELIAS
& HEATHER ELIAS

    Plaintiffs,

v.                                                            10-CV-0488 PJK/WDS

W2005/FARGO HOTELS (POOL C) GEN-PAR, L.L.C.,
CHOICE HOTELS INTERNATIONAL, INC., &
CHOICE HOTELS INTERNATIONAL SERVICES CORP.

    Defendants.

## ORDER ALLOWING FILING OF AMENDED COMPLAINT

THIS MATTER having come before the Court upon the Motion of the Plaintiffs, requesting permission to file an Amended Complaint in this case and the Court being advised in the matter, hereby FINDS that it is early in the litigation and the filing of an Amended Complaint would not prejudice Defendants in their ability to defend the claims and that allowing all defendants in this case to be named with specificity would serve the interest of the parties and the Court's interest in judicial economy.

IT THEREFORE ORDERED that Plaintiffs be allowed to file their Amended Complaint attached to their motion (Document No. 11).

_____

Honorable W. Daniel Schneider
U.S. Magistrate Judge

APPROVED BY:

/s/
Renée L. Diamond
MARTINEZ, HART & THOMPSON, P.C.
1801 Rio Grande Blvd. NW
Albuquerque, NM  87104
(505) 343-1776
(505) 344-7709 – FAX
Email:  **reneed@osolawfirm.com**
*Attorney for Plaintiffs*


/s/ Approved via email 06/10/10
Donald G. Bruckner, Jr.
Christopher J. Supik
Guebert Bruckener, P.C.
P.O. Box 93880
Albuquerque, NM  87199-3880
(505) 823-2300
(505) 823-9600 - FAX
Email:  **donbruckner@guebertlaw.com**; **csupik@guebertlaw.com**
*Attorneys for Defendant W2005/Fargo Hotels (Pool C) Gen-Par, L.L.C.*


/s/ Approved via email 06/11/10
Amanda C. Sanchez
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM  87103
(505) 765-5900
(505) 768-7395 – FAX
Email:  **asanchez@rodey.com**
*Attorney for Defendants Choice Hotels International, Inc. and Choice Hotels International Services Corp.*